**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DEPARTMENT OF HOMELAND SECURITY,** *et al.*, )<br>)<br>Defendants. )<br>_____) | C.A. No. 04-0944<br>Judge Urbina |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF ITS
MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff Electronic Privacy Information Center ("EPIC") hereby withdraws its pending motion for a preliminary injunction.  EPIC's motion has been rendered moot by the recent decision of Defendant Department of Justice's component, the Federal Bureau of Investigation ("FBI") to "reevaluate[]" the matter and to grant EPIC expedited processing of the subject FOIA request.  Exhibit 1 (attached hereto).

Notwithstanding EPIC's withdrawal of its motion for preliminary relief, this case continues to require expeditious consideration.  With the FBI's recent decision to belatedly grant expedited processing, all of the FOIA requests at issue in this case are legally entitled to such expedited treatment (Defendant Transportation Security Administration had earlier granted EPIC's requests for expedited processing but has not yet completed its processing of the subject requests).  As such, EPIC proposes that the parties confer soon after Defendants have filed an Answer, which is due on July 9, 2004, in an effort to agree upon an expedited schedule for the production of non-exempt documents by all Defendants and the briefing of dispositive motions.  Should the parties

fail to agree upon such a schedule, EPIC will move the Court for an order establishing appropriate deadlines.

Respectfully submitted,

_____
MARCIA HOFMANN
D.C. Bar No. 484136

DAVID L. SOBEL
D.C. Bar No. 360418

MARC ROTENBERG
D.C. Bar No. 422825

ELECTRONIC PRIVACY INFORMATION
 CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20009
(202) 483-1140