# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 04-0944 (RMU) |
| | : | | |
| v. | : | Document No.: | 21 |
| | : | | |
| DEPARTMENT OF HOMELAND SECURITY *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING IN PART AND DENYING IN PART THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING THE PLAINTIFF'S REQUEST FOR *IN CAMERA* INSPECTION OF DOCUMENTS

For the reasons stated in the accompanying Memorandum Opinion, it is this 25th day of July, 2005,

**ORDERED** that the defendants' motion to dismiss is **GRANTED in part and DENIED in part**; and it is

**FURTHER ORDERED** that the plaintiffs' motion for *in camera* inspection of documents is **DENIED**.

**FURTHER ORDERED** that the defendants shall serve a revised *Vaughn* index to the plaintiffs that is consistent with the court's memorandum opinion no later than September 30, 2005.

**SO ORDERED**.

                                                                                    RICARDO M. URBINA
                                                                                    United States District Judge