IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,          )<br>)<br>Plaintiff,          )<br>v.          )<br>)<br>DEPARTMENT OF HOMELAND SECURITY,          )<br>)<br>TRANSPORTATION SECURITY ADMINISTRATION,          )<br>)<br>and          )<br>)<br>U.S. DEPARTMENT OF JUSTICE,          )<br>)<br>Defendants.          ) | Civil Action No. 04-0944 (RMU)<br>ECF |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL REMAINING CLAIMS**

Plaintiff Electronic Privacy Information Center ("EPIC") and defendants Department of Homeland Security ("DHS"), Transportation Security Administration ("TSA"), and U.S. Department of Justice ("DOJ"), by counsel, hereby stipulate that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all remaining claims in the above-captioned action are dismissed in their entirety with prejudice, with each party to bear its own costs and fees.

Dated: June 22, 2006                    Respectfully submitted,


                                        PETER D. KEISLER
                                        Assistant Attorney General

                                        KENNETH L. WAINSTEIN
                                        United States Attorney

                         ARTHUR R. GOLDBERG (D.C. Bar #180661)
                         Assistant Director
                         Federal Programs Branch

| /s/ Marcia Hofmann | /s/ Nicholas J. Patterson |
|---|---|
| Marcia Hofmann | Nicholas J. Patterson (NY Bar) |
| (D.C. Bar #484136) | Trial Attorney |
| 2118 18th Street NW #3 | U.S. Department of Justice |
| Washington, DC 20009 | Civil Division, Federal Programs Branch |
| Telephone: (202) 460-8546 | <u>Mailing Address</u> |
| | P.O. Box 883 |
| David L. Sobel | Washington, D.C. 20044 |
| (D.C. Bar #360418) | <u>Delivery Address</u> |
| 1875 Connecticut Avenue NW | 20 Massachusetts Ave., N.W., Room 7220 |
| Suite 650 | Washington, D.C. 20001 |
| Washington, DC 20009 | Telephone: (202) 514-4523 |
| | Fax: (202) 616-8470 |
| | nicholas.patterson@usdoj.gov |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Electronic Privacy Information Center | |

**IT IS SO ORDERED.**

Dated: _____          _____
                                              Honorable Ricardo M. Urbina
                                              United States District Judge